JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KRECHMERY, JOHN P. PRINGLE, Trustee for Bankruptcy Case Number 6:18-BK-10153 | **CASE NUMBER**<br><br>5:19CV00015-JGB(SPx) |
| **PLAINTIFF(S)**<br><br>v.<br><br>CITY OF ONTARIO, et al | **JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |
| **DEFENDANT(S).** | |

Pursuant to Fed.R.Civ.P. 68, Judgment is hereby entered in favor of Plaintiffs Matthew Krechmery and John P. Pringle as Trustee for Bankruptcy case No. 6:18-bk-10153-SC and against the City of Ontario in the total sum of $200,000.00, which is the total amount that the City Defendants shall be obligated to pay on account of any liability claimed herein, and which sum shall include any liability for costs of suit and attorney's fees.

This judgment shall be in full satisfaction of all claims or rights that plaintniff's may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants City of Ontario, Chris Ables, Randall Willemstein, Kyle Morgan, Raymond Wilburn, Javier Nunez, Bryce Wilson, Serena Walsh, or any agency thereof, in connection with the facts and circumstances that are the subject of the above-caption action.

Clerk, U. S. District Court

Dated: June 12, 2020

By _M. Galvez_

M. Galvez, Deputy Clerk

At: Riverside, California

cc:      Counsel of record